UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Anthony Isaac Martinez And Houda Martinez**

Case No. 09-81608
Chapter 13

Social Security No. xxx-xx-9455 and xxx-xx-0752
Address: 107 Stockdale Court, Raeford, NC 28376

Debtors

## VERIFICATION

Anthony Isaac Martinez and Houda Martinez, the Debtors herein, declare under penalty of perjury that the factual allegations set forth in the foregoing Objection to Claim are true and correct, to the best of said Debtors' knowledge, information and belief.

Dated: January 15, 2010

/s/Anthony I. Martinez
Anthony Isaac Martinez, Debtor

/s/Houda Martinez
Houda Martinez