Form 160

# UNITED STATES BANKRUPTCY COURT

Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−81608

IN THE MATTER OF:
Anthony Isaac Martinez    xxx−xx−9455
aka Anthony I Martinez
Houda Martinez    xxx−xx−0752
fdba Houdas Cleaning
fdba H&G Cleaning
107 Stockade Court
Raeford, NC 28376

   Debtor(s)

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

TAKE NOTICE THAT the following request has been made with the Court:
Objection filed by the Debtors, Anthony Isaac Martinez and Houda Martinez, by and through Counsel, Edward Boltz, to Claim Number 6 of Wells Fargo Bank, N.A. in the amount of $2,833.91.

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 2/16/10 with the movant and with the U.S. Bankruptcy Court at the following address:

*P.O. Box 26100*
*Greensboro, NC 27420−6100*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on 3/11/10 at 11:00 AM in the following location:

*Courtroom − Venable Center*
*Dibrell Building − Suite 280*
*302 East Pettigrew Street*
*Durham NC 27701*

Dated: 1/15/10                                                                                OFFICE OF THE CLERK/yhp